## EPHRAIM PENTLAND, CHARLES HIGGINS AND WILLIAM STEELE, LATE ARMY CONTRACTORS, ETC., *versus* JOHN CONNELLY

JOURNAL ENTRIES (1818–19): *Journal 2:* (1) Plea filed *p. 593; (2) continued *p. 595; (3) jury trial, verdict, judgment *p. 681; (4) motion for new trial *p. 681; (5) reasons for new trial filed *p. 694; (6) motion for new trial argued *p. 723; (7) new trial denied, judgment *p. 726.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) declaration; (4) precipe for rule to take depositions; (5) notice of taking deposition; (6) commission to take deposition and deposition of Thomas Wilson; (7) precipe for subpoena; (8) subpoena; (9) affidavit for continuance; (10) "examination" of Seth Barney and Charles Sweeny; (11) precipe for subpoena; (12) subpoena; (13) affidavit for continuance; (14)

plea of non assumpsit; (15) precipe for subpoena; (16) subpoena; (17) panel of jurors; (18) verdict; (19) reasons "in arrest of verdict" and for new trial.